# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LASHONDRA MOORE, )<br>)<br>Plaintiff, )<br>) **CIVIL ACTION NO.:**<br>v. ) 1:17-CV-00500-WS-N<br>)<br>GPS HOSPITALITY PARTNERS, )<br>IV, LLC )<br>)<br>Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

COME NOW Plaintiff LaShondra Moore and Defendant GPS Hospitality Partners, IV, LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss all of Plaintiff's claims in this action, with prejudice, with each party to bear her/its own costs.

DATED, 17th day of July 2019.

/s/Abby M. Richardson
Abby M. Richardson (RICHA3209)
**RICHARDSON LAW FIRM, LLC**
118 North Royal Street
Suite 100
Mobile, Alabama 36602
251-338-1695
abby@richardsonlawllc.com

/s/Henry Brewster     (w/permission)
HENRY BREWSTER (BREWH7737)
**Henry Brewster, LLC**
205 N. Conception Street
Mobile, Alabama 36603
251-338-0630 Telephone
251-338-0632 Facsimile
Email: hbrewster@brewsterlaw.net

*Counsel for Plaintiff*

*/s/Wesley C. Redmond   (w/ permission)*
WESLEY C. REDMOND
FORDHARRISON LLP
420 20th Street North, Suite 2560
Birmingham, AL 35203
sbullock@fordharrison.com
wredmond@fordharrison.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed on July 17, 2019 with CM/ECF, which will send notice to all parties.

                                        */s/Abby M. Richardson*